# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN GAUTHIER,** | ) |
| **Plaintiff** | ) |
| vs. | ) Case No. 2:12-CV-1701-VEH |
| **NATIONWIDE INSURANCE COMPANY, et al.,** | ) |
| **Defendants** | ) |

## DISMISSAL ORDER

On April 30, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Plaintiff obtained an extension of time to June 14, 2012, in which to file objections. To date, no objections have been filed by either the plaintiff or the defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge, and it is, therefore,

**ORDERED**, **ADJUDGED** and **DECREED** that plaintiff's request to proceed without prepayment of fees is **DENIED**. It is further **ORDERED**, **ADJUDGED** and **DECREED** that plaintiff's claims are due to be and hereby are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**DONE** this the 28th day of June, 2012.

                                                       */s/ Virginia Emerson Hopkins*
                                                     **VIRGINIA EMERSON HOPKINS**
                                                     United States District Judge